CLOSED, MDL, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00923

McClusky v. Davol Inc et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Kenneth M. Hoyt
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/21/2008
Date Terminated: 04/09/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Christina McClusky**

represented by **Steven Michael Johnson**
Atty at Law
3437 West 7th Street
Ste 258
Ft Worth, TX 76107
817−339−8878
Fax: 214−853−4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C R Bard Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | 1 | COMPLAINT against all defendants (Filing fee $ 350) filed by Christina McClusky. (Attachments: # 1 Civil Cover Sheet)(ltien, ) (Entered: 03/24/2008) |
| 03/24/2008 | 2 | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 6/23/2008 at 03:45 PM by telephone before Judge Kenneth M. Hoyt.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(ltien, ) (Entered: 03/24/2008) |
| 03/24/2008 | | Filing fee re: 1 Complaint : $350.00, receipt number 590200, filed. (agould, ) (Entered: 03/24/2008) |
| 04/09/2008 | 3 | ORDER OF DISMISSAL. Case administratively closed pending transfer by JP/MDL to the District of Rhode Island.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(dpalacios, ) (Entered: 04/09/2008) |
| 06/10/2008 | 4 | JPML CONDITIONAL TRANSFER ORDER (CTO−18) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. 1842.(smurdock, ) (Entered: 06/12/2008) |

| | | |
|---|---|---|
| 06/12/2008 | Ï | Interdistrict transfer to USDC−RI CA 08−2473. Case transferred electronically, filed. (smurdock, ) (Entered: 06/12/2008) |